AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Jared Glover,

      Plaintiff,

vs.

David M. Bryant, as Personal Representative of the Estate of Anne M. Bryant; The Heritage Association, Inc.; and Century 21 Bob Capes Realty,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:06-158-MBS

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]   **Decision on the Record.** This action came before the Court, the Honorable Margaret B. Seymour, US District Judge, presiding, on the record. The Court having granted the consent motion to dismiss the cross-claim,

      **IT IS ORDERED AND ADJUDGED** that the cross-claimant, Century 21 Bob Capes Realty, take nothing of the cross-defendant, The Heritage Association, Inc., and this action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as to the cross-claim.

      The parties having stipulated to the dismissal with prejudice of all claims in the complaint,

      **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff, Jared Glover, take nothing of the defendants, David M. Bryant, as Personal Representative of the Estate of Anne M. Bryant; The Heritage Association, Inc.; and Century 21 Bob Capes Realty, and the complaint in this

action is dismissed with prejudice.

                                  LARRY W. PROPES, Clerk

                                  By: s/Charles L. Bruorton
                                      Deputy Clerk

March 15, 2007